## REQUEST FOR COURT ACTIONS / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: Failure to Register as a Sex Offender, a Violation of 18 USC 2250(a), a Class C Felony |
| FROM: | Hillel Greene<br>U.S. Probation Officer | ORIGINAL SENTENCE: Twenty-Seven Months Custody; 60 Months Supervised Release |
| | | SPECIAL CONDITIONS: Participation in a program working toward completion of a GED. |
| RE: | Darnell Feagins<br>Docket # 15 CR 15 (Middle District of Georgia) | AUSA: Crawford Lee Seals<br>DEFENSE COUNSEL: Timothy Saviello |

**17 CRIM 377**

DATE OF SENTENCE: May 14, 2015

DATE: June 15, 2017

ATTACHMENTS:   ☒ PSI          ☒ JUDGMENT        ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

### TRANSFER OF JURISDICTION

On May 14, 2015, Feagins appeared for sentencing in the Middle District of Georgia before the Honorable Clay D. Land, Chief United States District Judge, after pleading guilty to the charges noted above. He was sentenced to 27 months custody and 60 months supervised release; special conditions included participation in a program working toward completion of a GED. Feagins was supposed to register as a Sex Offender following his 2012 conviction for Endangering the Welfare of a Child and Criminal Sexual Act in by Kings County Supreme Court. Parole for this Conviction expires 7/17/2018. He left New York and went to Georgia which resulted in a NY Parole Violation Warrant being issued on October 1, 2013. Following the completion of his 27 month custody term, (on or about July 29, 2016,) Feagins was released from federal custody to the New York Department of Corrections based on the above warrant. On or about November 29, 2016, he was released from Rikers Island to commence supervision with the New York State Department of Corrections and Community Supervision (NYSDCCS). After numerous attempts, Middle District of Georgia was able to contact the NYSDCCS, and were advised on April 26, 2017, that Feagins was residing at the Willow Mens Shelter, 781 East 135th Street, in the Bronx. As Feagins plans to permanently reside in New York, that jurisdicion has requested a Transfer of Jurisdiction.

As the Southern District of New York Probation Department believes it is in the best interest of government resources to transfer jurisdiction of the releasee's case, we are requesting the Court consider accepting jurisdiction and assign a judge for this case.

### Imposition of Special Conditions

Additionally, we are seeking additional special conditions be imposed with the acceptance of this case. Mr. Feagins has signed the Prob 49 Waiver of Hearing to Modify Conditions to add a

Darnell Feagins                                2                                3554413 -
Docket Number: 4:15-CR-15-001

search condition and the sex offender treatment condition. Putting these conditions in place will mirror Feagin's state parole conditions already in place and allow our office to help monitor his compliance with a sex offender treatment program he has been attending via their provider, ensure he does not possess unauthorized material, and will restrict his interactions with minors based on the conduct in his underlying offense.

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by _____
Hillel Greene
U.S. Probation Officer
212-805-5077

Approved By:
_____   June 15, 2017
Shawnté Lorick             Date
U.S. Probation Officer Specialist