

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2018

**BY ECF**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Darnell Feagins*, **17 Cr. 377 (RJS)**

Dear Judge Sullivan:

    Attached please find a proposed protective order signed by the parties for your Honor's consideration.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   */s/ Cecilia Vogel*
    Cecilia E. Vogel
    Assistant United States Attorney
    (212) 637-1084