LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

July 25, 2018

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Darnell Feagins, 17-cr-00377 (RJS)

Dear Judge Sullivan;

    I was retained to represent Darnell Feagins for his Violation of Supervised Release case. However, in order to do so I must respectfully request an adjournment of the VoSR hearing now scheduled for August 24, 2018, to a date after August 27, 2018. The reason for this request is that I have a pre-paid family vacation scheduled for the period August 18, 2018 - August 26, 2018.
    I have conferred with AUSA Cecelia Vogel for the Government, and she has no objection to this adjournment request. In terms of scheduling the only other dates I would not be available to conduct the hearing are September 15th and September17th.
    Thank you.

Respectfully,

B. Alan Seidler

bas/ee