

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DARNELL FEAGINS,

                 Defendant.

No. 17 Cr. 377 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On July 12, 2018, the Court presented Supervisee on twenty-two alleged violations of the conditions of his supervised release and scheduled a hearing for August 24, 2018. The Court later adjourned the hearing at Supervisee's request to Friday, August 31, 2018 at 9:30 a.m. (Doc. No. 11.) Accordingly, IT IS HEREBY ORDERED THAT, by Monday, August 27, 2018, the parties shall submit a joint letter that includes, in separately numbered paragraphs, the following information:

    i.    Any stipulations of fact or law that have been agreed upon by the parties;

    ii.    A statement by each party as to the witnesses whose testimony is to be offered in the party's case-in-chief;

    iii.    A list by each party of exhibits to be offered in the party's case-in-chief, with an indication as to whether any party objects to any such exhibits and a brief statement of the nature of the objection (*e.g.*, "relevance," "authenticity," "hearsay"); and

    iv.    A statement by each party as to how long they anticipate the hearing to last.

    IT IS FURTHER ORDERED THAT, by Monday, August 27, 2018, each party shall serve (but not file) copies of all documentary evidence or other exhibits, which shall be compiled in

tabbed binders and organized by exhibit number, and shall submit two courtesy copies of these submissions as well as digital copies on CD or DVD discs to chambers.

SO ORDERED.

Dated: August 20, 2018
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE