

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2018

**BY ECF**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States* **v.** *Darnell Feagins*, 17 Cr. 377 (RJS)

Dear Judge Sullivan:

    The Government writes to request an adjournment of the defendant's violation of supervised release sentencing, currently scheduled for October 24, 2018, at 4:00 p.m., to a date after November 2, 2018. Defense counsel consents to this request.

    I notified the Court at the last court proceeding in this matter that I had recently been added to a trial beginning October 16, and I estimated that the trial would last approximately one week. The trial is in the matter of *United States v. Rebecca Bayou*, No. 15 Cr. 567 (JGK), and it has recently become clear that the trial will likely last approximately two to three weeks. Accordingly, the Government requests an adjournment of the defendant's sentencing to a date after November 2 and a corresponding adjournment of the sentencing submissions.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   *Cecilia Vogel*
    Cecilia E. Vogel
    Assistant United States Attorney
    (212) 637-1084

cc: B. Alan Seidler, Esq., (via ECF)
    Probation Officer Hillel Greene (via email)