LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

November 9, 2018

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Darnell Feagins, 17-cr-00377 (RJS)

Dear Judge Sullivan;

In connection with the sentencing of Mr. Feagins I request your Honor take into account the following letters as part of the Court's sentencing decision:

1. Letter from Darnell Feagins;

2. Letter from June Grayson;

3. Letter from Katrina Feagins, aunt of Darnell.

Additionally, Darnell Feagins was arrested on May 2, 2018, and incarcerated at Rikers Island until July 12, 2018, for a State Parole violation, which was duplicative of the instate VoSR charges. When Feagins was restored to NYS Parole on July 9, 2018, he was then transferred to federal custody and held at the Metropolitan Correction Center for the VoSR charges. I request your Honor in sentencing Mr. Feagins give credit to Mr. Feagins for the period May 2, 2018 - Present.

Mr. Feagins has been a loving and loyal son to his mother, who has unfortunately undergone the amputation of a leg, and toes because of diabetes. Lastly, I emphasize that Darnell Feagins has many times stated to me that his conduct was mean spirited, and wrong, however, I would emphasize the sexual activity involved was not coerced.

I respectfully request that Mr. Feagins be sentenced to a term of 7 months incarceration for these violation charges, and the term of Supervision not be extended beyond the November, 2021 expiration date.

Thank you.

Respectfully,

B. Alan Seidler

bas/ee

Dear, Judge Sullivan

10·13·18-Saturday

    First and foremost, I pray while you're reading this letter, It put in the best of feelings, mentally, physically and emotionally. I hope all is blessed and all is well. As for me, I'm remaning focused and most importanly "Humble". They say, "life does throw some swift blows, if any land, get up and use that as a lesson to do better next time around. Well off on the humor part of this letter. I want to thank you for taking the time out of you life to even sit down, acknowledge and consider reading my letter. It means a lot to me. Judge Sullivan, I want to come forward as a man, as a person who's taking responsibility for his actions. At first I didn't think nothing of my actions, I ignored the feelings of being wrong. Feeling like my feelings was back in place after what led me to committing

my actions. But then come to think about it, either way I was wrong. At that time of my life, I didn't realize anger with feelings does'nt mix, and two wrongs does'nt make it right. I realize not only have I affected the victem, but also her family has became victems. She has to walk earth with that image, and her friends and family is affected too. It was a tit for tat situation that led to this and as a man, I should have thought better, now im forced to live with what happened. Day in day out it pains me knowing what I did and how it affected her and her family. I started to hate myself for my actions, but like I said, this is a lesson learned that taught me to do better next time, because feelings and anger don't mix. IF I could ask the victem in her eyes now, I would sincerly apologize for my actions. I also want to really take the time to apologize to my mother. My actions have affected her a lot. It has put a huge bagage on her, affecting her health

tramendously. Times I get sick to my stomach because of my actions. I was very selfish doing what I did, knowing she was very sick. Ever since I've been incarsirated, she's been in the hospital suffering surgeries. I have suffered the guilt of how I affected my mother, the victem and those around them. Judge Sullivan, I truely apologize for my actions and understand that no one personal bussiness should be exposed unwillingly. So as a man, I am here to stand tall and take ownership of my actions. Besides my incident that led me here, life wasn't so bad. I had my head on straight, working at fresh Direct, doing and completing my programs, taking care home and staying out the way. I messed up when I allowed my emotions to get the best of me. Being here on this charge has taught me so much. It opened my eyes, gave me light to what I took for granted. I want to once again apologize to my victems and thank you for taking time to read my letter. Please stay blessed.....

Sincerly,

June Grayson
~~[address redacted]~~

October 16, 2018

Re: Darnell Louis Feagins

To: The Honorable Judge _____

It is a genuine honor to write this letter for Mr Feagins. I have known Darnell for over 17 years. I'm troubled and surprised to hear about his case, as he has always been a solid person. It is for this reason I am happy to wright a letter of reference regarding this matter. I understand the seriousness of this matter however, hope the cort will show some leniency.

Darnell has allways been a upright person. He has really been there for his mother. Especially when she took

I'll had her leg amputated. While it is unfortunate that he has made some bad decisions; As a friend of the family I've watch him make a point to be there and show a significant amount of support durning her difficult time. I believe that as we more forward he will emerge a better person. It is my sincere hope the court takes this matter into consideration. So he can be productive and help take care of his mother. He has a great understanding of what is expected of him as a man and a only son to his mother and society. I believe Darnell to be a valuable member of my community and a good human being.

Sincerely

June Grayson

Oct 18, 2018

Katrina Feagins


Dear Judge,

On behalf of my nephew, Darnell L. Feagins, thank you for having this opportunity to write a letter on his behalf. Darnell has showed me how he has matured in many way since he become a young adult. I've seen how he's become responsible to living on his owe as well keeping track of his mother medical condition with support when he can be there.

Darnell when not in jail been keeping a full time job and taking care of his living expenses. Talking to all of his previous employers, they speak highly of him and his work performance is great and they would be grateful to have him come back and work for them.

Darnell has show that he is ready for the real world to do the right thing to continue improving and living in this society. He will continue do the right things to better his way of living in this society/men kind is expected to do.


Sincerely,
Katrina Feagins