LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

November 13, 2018

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Darnell Feagins, 17-cr-00377 (RJS)

Dear Judge Sullivan;

In connection with the sentencing of Mr. Feagins I request your Honor take into account the following additional materials received by me today.

Thank you.

Respectfully,

B. Alan Seidler

bas/ee

November 10, 2018

Dear Judge,

I am Bridgette Feagins the mother of Darnell Feagins. My son (Darnell Feagins) has realized his wrong and is making conscious decisions now. Darnell is also upset with himself with his actions in life. Darnell is a better man. Darnell looking more to the future. He has goals that he is accommodating so he can live in today's society as a honest hard working man. Darnell has matured so much.

Darnell has had two different jobs since the beginning of his trail /conviction. The first job Darnell had was in Atlanta, Georgia (food packaging warehouse I think it was call Daiz). The second job Darnell had was in Bronx, New York still working in the food (Fresh Direct). Both of his jobs managers said Darnell is an excellent worker. Darnell's managers was training him for different types of machines (ex. Forklifts driver).

I told Darnell, Judge Matthews got into serious trouble and he decided to turn his life around. I told Darnell that anything is possible and he must trust and believe in God. I am asking you to give Darnell a chance.

Thank you for your time

SINCERELY,
Ms. Bridgette Feagins

# DARNELL FEAGINS

784 E. 135th Street, Bronx, NY 10454 | Telephone: 929-331-3663 | dfeagins@yahoo.com

### PROFESSIONAL PROFILE:

To obtain employment within a company with growth opportunity that will allow me to utilize my knowledge and experience.

### HIGHLIGTHS:

- Ability to learn and adapt quickly in a fast paced environment.
- Excellent organizational skills and the ability to multitask.
- Strong communication and interpersonal skills.
- Honest, hardworking, reliable and adaptable.
- Collaborates productively and respectfully with team members to meet or exceed goals.
- Proficient in Microsoft Office Suite.
- Pallet Jack Certification.
- 10-Hour OSHA Certification.
- Proficient in POS System Operations and Handling.

### PROFESSIONAL EXPERIENCE:

**Diaz Foods Manufacturer**, Atlanta, GA
Warehouse Laborer                                                                                              05/2016-11/2016

- Sorted cargo before loading and unloading.
- Electric Pallet Jack Operation and Handling.
- Labelled containers or marked them with identifying information.
- Stacked cargo in locations such as transit sheds or in holds of ships as directed, using pallets or cargo boards.
- Prepared work orders and/or received oral instructions to determine work assignments, material and equipment needs.
- Moved freight, stock, or other materials to and from storage or production areas.
- Loaded docks, delivery vehicles, ships, or containers by hand or using trucks, tractors, or other equipment.

**Volunteer/Classroom Work Experience**, Glennville, GA
Welder                                                                                                                        12/2012-06/2013

- Welded components in flat, vertical, or overhead positions.
- Operated safety equipment and used safe work habits.
- Laid out, position, align, and secured parts and assemblies prior to assembly, using straightedges, combination squares, calipers, and rulers.
- Examined work pieces for defects and measured work pieces with straightedges or templates to ensure conformance with specifications.
- Recognized, prepared, and operated hand and power tools common to the welding trade, such as shielded metal arc and gas metal arc welding equipment.

**Family Dollar**, Columbus, GA
Stock Clerk                                                                                                                 06/2010-03/2011

- Assisted and answered customer's inquiries and advised customers on merchandise selection.
- Stamped, attached, or changed price tags on merchandise, referring to price list.
- Stocked shelves, racks, cases, bins, and tables with new or transferred merchandise.
- Compared merchandise invoices to items received to ensure that shipments are correct.
- Itemized and totaled customer merchandise selection at checkout counter, using cash register, and accepted cash or charged card for purchases.



# Certificate of Completion

This certificate serves to attest that

## DARNELL FEAGINS

completed the

RenCore Recovery Center

Anger Management Program.

Date: August 23, 2017

Kirk Chisholm, MSW, CASAC
Clinical Director



Certificate of Completion

This certificate serves as attest that

DARNELL FEAGINS

completed the Re Co
Reavery Center of Manhattan
Substance Abuse Treatment Program.

Date: February 20, 2018

Kirk Chisholm LMSW, LMSW, CASAC
Clinical Director