LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

November 15, 2018

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Darnell Feagins, 17-cr-00377 (RJS)

Dear Judge Sullivan;

     After a review of the victims' letters, and to the extent there is an implication that the sexual conduct was coerced, Mr. Feagins contests that implication, and requests your Honor view the case video of the act. Mr. Feagins otherwise acknowledges in all respects his harmful conduct toward the victims.

Respectfully,

B. Alan Seidler

bas/ee