UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DARNELL FEAGINS,

Defendant.

No. 17-cr-377 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of two memoranda from the U.S. Probation Department, indicating that Defendant (i) was in possession of an undisclosed, unmonitored smartphone, which he used to access social media platforms, and (ii) was unemployed and unexcused from employment for 90 days.  Accordingly, IT IS HEREBY ORDERED THAT Defendant, defense counsel, counsel for the government, and Defendant's supervising probation officer shall appear for a violation of supervised release hearing pursuant to Federal Rule of Criminal Procedure 32.1(3) and 18 U.S.C. § 3583 on August 27, 2020 at 10:00 a.m.  The hearing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:      June 26, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation