UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DARNELL FEAGINS,

                Defendant.

No. 17-cr-377 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On June 26, 2020, the Court scheduled a violation of supervised release hearing for August 27, 2020 at 10:00 a.m. (Doc. No. 37.) IT IS HEREBY ORDERD THAT the August 27 hearing is adjourned *sine die*.

SO ORDERED.

Dated:    August 21, 2020
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation