UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

       -against-

                                                           -CR-    ( )( )

Darnell Feagins

                                  Defendant(s).
-------------------------------------------------------------------X

Defendant **Darnell Feagins** _____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X**     Initial Appearance Before a Judicial Officer

**X**     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


/s/ Darnell Feagins (by Zawadi Baharanyi)          _____
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Darnell Feagins                                            Zawadi Baharanyi
_____          _____
Print Defendant's Name                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Oct. 7 2020
_____                                         _____
Date                                                        U.S. District Judge/U.S. Magistrate Judge