UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DARNELL FEAGINS,

               Defendant.

No. 17-cr-377 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On October 7, 2020, Supervisee Darnell Feagins was presented before Magistrate Judge Gorenstein on several specified violations of the terms of his supervised release. (Doc. No. 39.) In light of the fact that the conduct underlying Feagins's alleged violation of supervised release is also the subject of a new criminal indictment pending before Judge Pauley, *United States v. Darnell Feagins*, 20-cr-218 (WHP) (S.D.N.Y.) (Doc. No. 43), the Court will hold Feagins's revocation proceedings in abeyance until the pending criminal matter is resolved. Accordingly, IT IS HEREBY ORDERED THAT the government shall submit a letter to the Court by December 28, 2020, and every 60 days thereafter, apprising the Court of the developments in case 20-cr-218.

SO ORDERED.

Dated:    October 27, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation