**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2021

**BY ECF**

The Honorable Judge Richard J. Sullivan
United States Circuit Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**    **United States v. Darnell Feagins**
             **17 Cr. 377 (RJS)**

Honorable Judge Sullivan:

    I write to respectfully request that CJA counsel Stephanie Carvlin be appointed to represent Darnell Feagins in the above captioned matter. There has been an irreversible break down in the attorney-client relationship between myself and Mr. Feagins and he has indicated that he no longer wishes to be represented by the Federal Defenders of New York.

    I made this request in Mr. Feagins's pretrial matter before Judge Carter (20 CR 218) and Ms. Carvlin was appointed to represent him on August 6, 2021. Ms. Carvlin has informed me that she is also available for appointment in this VOSR matter.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

```
In light of the representation that the attorney-client
relationship has irreversibly broken down, Counsel Zawadi
Baharanyi's request to be relieved as counsel is GRANTED.
The Court finds that given her familiarity with the facts of
the case before Judge Carter, which involves the same conduct
that underlies many of the specified violations of supervised
release at issue here, it is in the interest of justice to
appoint Stephanie Carvlin as counsel for Supervisee Darnell
Feagins in this VOSR matter.  Pursuant to the Criminal
Justice Act, 18 U.S.C. 30006A, Ms. Carvlin shall file a
notice of appearance forthwith.

SO ORDERED:
Date:  August 20, 2021       _____
                              Richard J. Sullivan
                              U.S.C.J., Sitting by Designation
```