AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| United States<br>*Plaintiff*<br>v.<br>Darnell Feagins<br>*Defendant* | ) ) ) ) ) ) | Case No. 17-cr-377 (RJS) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darnell Feagins

Date:  8/24/2021

*Attorney's signature*

Stephanie Carvlin, sc9161
*Printed name and bar number*

140 Broadway, Suite 4610
New York, NY
10005

*Address*

carvlin@hotmail.com
*E-mail address*

917-549-08973
*Telephone number*

212-608-9499
*FAX number*