UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : |
| -against- | : **NOTICE OF APPEARANCE** |
|  | : Dkt. No. 17 CR 377 (RJS) |
| DARNELL FEAGINS, | : |
| Defendant. | : |

-------------------------------------------------------

    PLEASE TAKE NOTICE that JILL R. SHELLOW, ESQ., an attorney duly admitted to practice before this Court, hereby appears as co-counsel, pursuant to the Criminal Justice Act, for defendant DARNELL FEAGINS in the above-captioned action.

Dated:    White Plains, New York
           February 14, 2022

           JILL R. SHELLOW
           15 Chester Avenue
           White Plains, NY  10601
           Tel:   (212) 792-4911
           Fax:  (212) 792-4946
           Email: jrs@shellowlaw.com

           By: _____/s/_____
                Jill R. Shellow

*Attorney for Defendant Darnell Feagins*