UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DARNELL FEAGINS,<br><br>                Supervisee. | No. 17-cr-377 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from defense counsel, Jill Shellow, requesting that she be relieved as counsel for Supervisee Darnell Feagins in light of an "irreparable breakdown" in the communications between attorney and client.  (Doc. No. 72.)  IT IS HEREBY ORDERED THAT Ms. Shellow is relieved as counsel in this matter.  IT IS FURTHER ORDERED THAT Zachary Margulis-Ohnuma is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this matter.  The Court finds that the appointment of Mr. Margulis-Ohnuma is in the interest of justice, given his representation of Supervisee in a related criminal case before Judge Carter, *United States v. Feagins*, No. 20-cr-218 (ALC).  Mr. Margulis-Ohnuma shall promptly file a notice of appearance in Case No. 17-cr-377 (RJS).  The Clerk of Court is respectfully directed to terminate the motion at Doc. No. 72.

      SO ORDERED.

Dated:     November 25, 2022
               New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation