AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cr-377 (RJS) |
| Darnell Feagins | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darnell Feagins.

Date: 11/28/2022

*/s/ Attorney's signature*

Zachary Margulis-Ohnuma, Bar. No. 3041217
*Printed name and bar number*

353 Lexington Avenue, Suite 900
New York, NY 10016
*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0222
*FAX number*

Print   Save As...   Reset