

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2022

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Darnell Feagins*, 17 Cr. 377 (RJS)

Dear Judge Sullivan:

    The Government writes to inform the Court of the status of *United States v. Darnell Feagins*, No. 20 Cr. 218 (ALC). On December 8, 2022, defendant Darnell Feagins pled guilty before Magistrate Judge Valerie Figueredo to a superseding information charging the defendant with possessing child pornography from at least in or about November 2017 up to and including in or about October 2020. On December 9, 2022, the Honorable Andrew L. Carter, Jr. accepted the defendant's plea. Sentencing is scheduled before Judge Carter on March 9, 2023, at 2:00 p.m. The parties respectfully request that the Court schedule a conference the week of January 16, 2023, or later, to address the pending violation of supervised release specifications.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____
    Cecilia E. Vogel
    Assistant United States Attorney
    (212) 637-1084

cc: Zachary Margulis-Ohnuma, Esq., (via ECF)
    Probation Officer Hillel Greene (via email)