UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DARNELL FEAGINS,

          Supervisee.

No. 17-cr-377 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from defense counsel, Mr. Zachary Margulis-Ohnuma, requesting that Ms. Tracy Cohen be appointed as co-counsel pursuant to 18 U.S.C. § 3006A in this matter, at the rate of $126 per hour, effective *nunc pro tunc* to January 13, 2023. The Court finds that the appointment of Ms. Cohen is in the interest of justice, given her representation of Supervisee in a related criminal case before Judge Carter, *United States v. Feagins*, No. 20-cr-218 (ALC). Accordingly, IT IS HEREBY ORDERED THAT Ms. Cohen is appointed as co-counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this matter, at the rate of $126 per hour, effective *nunc pro tunc* to January 13, 2023. Ms. Cohen shall promptly file a notice of appearance in Case No. 17-cr-377 (RJS).

    SO ORDERED.

Dated:    January 23, 2023
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation