# ZMO Law PLLC

May 1, 2023

*Via ECF and email*

Hon. Richard J. Sullivan
Southern District of New York
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, NY 10007

   RE: *U.S. v. Darnell Feagins*, 17 Cr. 377 (RJS) (Violation of Supervised Release)

Dear Judge Sullivan:

  This office represents Darnell Feagins in the above-captioned matter. We write to request leave to file a reply to the government's opposition to the defendant's post-hearing submission regarding Specifications 1, 2, and 8 in the Amended Violation Report dated December 13, 2022. We propose submitting our reply by May 8, 2023. I have communicated with AUSA Cecilia Vogel and she advises that the government does not object to this request.

  Thank you for your attention to this case.

        Very truly yours,

        *Zachary Margulis-Ohnuma*

        Zachary Margulis-Ohnuma

CC: AUSA Cecilia Vogel
  USPO Hillel Greene

```
Defendant's request is GRANTED.  IT IS HEREBY ORDERED THAT
defendant shall file his reply to the government's post-hearing
submission by May 8, 2023.  The Clerk of Court is respectfully
directed to terminate the motion at Doc. No. 92.


SO ORDERED        _____
May 1, 2023       RICHARD J. SULLIVAN
                  United States Circuit Judge
                  Sitting by Designation
```

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com